```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 63471
    RODNEY MITCHELL
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-4957

-----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 11/15/2005 and was confirmed 03/06/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was completed - no discharge 11/08/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------
ILLINOIS TITLE LOANS       SECURED              700.00        9.33         700.00
ROBERT J ADAMS & ASSOC     PRIORITY       NOT FILED            .00            .00
ALLIED INTERSTATE          UNSEC W/INTER  NOT FILED            .00            .00
ARONSON FURNITURE          SECURED NOT I    1285.20            .00            .00
CAPITAL ONE                UNSEC W/INTER     562.54          44.09         562.54
CAPITAL ONE BANK           NOTICE ONLY    NOT FILED            .00            .00
CBE GROUP                  UNSEC W/INTER  NOT FILED            .00            .00
COMMONWEALTH EDISON        UNSEC W/INTER  NOT FILED            .00            .00
COMMONWEALTH EDISON        NOTICE ONLY    NOT FILED            .00            .00
CREDIT UNION 1             UNSEC W/INTER    1732.78         176.23        1732.78
DIRECTV                    UNSEC W/INTER  NOT FILED            .00            .00
FREEDMAN ANSELMO & LINDB   UNSEC W/INTER  NOT FILED            .00            .00
HSBC TAXPAYER FINANCIAL    UNSEC W/INTER     714.83          72.91         714.83
JONATHAN HANLEY            UNSEC W/INTER  NOT FILED            .00            .00
PAYDAY LOAN STORE          UNSEC W/INTER  NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER  NOT FILED            .00            .00
USA PAYDAY                 UNSEC W/INTER  NOT FILED            .00            .00
VILLAGE OF DOLTON          SECURED           965.00            .00         965.00
ROBERT J ADAMS & ASSOC     REIMBURSEMENT     189.00            .00         189.00
CITY OF CHICAGO PARKING    UNSEC W/INTER     460.00          14.27         460.00
ROBERT J ADAMS & ASSOC     DEBTOR ATTY      2,500.00                      2,500.00
TOM VAUGHN                 TRUSTEE                                         474.09
DEBTOR REFUND              REFUND                                           10.93

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                  8,626.00

PRIORITY                                         189.00
SECURED                                        1,665.00

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 63471 RODNEY MITCHELL
```

```
      INTEREST                                                       9.33
UNSECURED                                                        3,470.15
      INTEREST                                                     307.50
ADMINISTRATIVE                                                   2,500.00
TRUSTEE COMPENSATION                                               474.09
DEBTOR REFUND                                                       10.93
                                        ---------------    ---------------
TOTALS                                         8,626.00           8,626.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
     Dated: 02/27/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```

                              PAGE   2
            CASE NO. 05 B 63471 RODNEY MITCHELL